**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1137**

IFTIKHAR H. SAIYED,

                    Plaintiff – Appellant,

          v.

ENTERPRISE RENT-A-CAR,

                    Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:08-cv-01147-JCC-JFA)

Submitted:  August 20, 2009            Decided:  August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Iftikhar H. Saiyed, Appellant Pro Se.  Edward Lee Isler, ISLER,
DARE, RAY, RADCLIFFE & CONNOLLY, PC, Vienna, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iftikhar H. Saiyed appeals the district court's order denying Defendant's motion to dismiss and granting Defendant's summary judgment motion on his race discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Saiyed v. Enterprise Rent-A-Car, No. 1:08-cv-01147-JCC-JFA (E.D. Va. Jan. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED